IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02088-PAB-NYW

ANGELINA GONZALES,

    Plaintiff,

v.

BUCKEYE C, LLC d/b/a RIVERDALE REHAB AND CARE COMMUNITY OF BRIGHTON,

    Defendant

## STIPULATION OF VOLUNTARY DISMISSAL

The parties, by and through their respective undersigned counsel hereby stipulate to the dismissal of this matter as follows:

1. On April 15, 2022, the parties filed a Notice of Settlement with this Court.

2. In accordance with the settlement agreement and release and this Court's order of April 15, 2022, the parties hereby stipulate to the dismissal of this matter, with prejudice, each party to pay her/its own attorney fees, costs and expenses.

WHEREFORE, the parties hereby request this Court dismiss this action with prejudice, each party to bear her/its own attorney fees, costs and expenses.

DATED this 12th day of May, 2022.

| | |
|---|---|
| JACKSON LEWIS, P.C. | The Law Office of Ralph G. Torres |
| *s/ Jessica S. Reed-Baum* <br> Ryan P. Lessmann <br> Jessica S. Reed-Baum <br> 950 17th Street, Suite 2600 | *s/ Ralph G. Torres* <br> Ralph G. Torres <br> 1801 York Street <br> Denver, CO 80206 |

Denver, CO 80202
T: 303-892-0404; Fax: 303-892-5575
Ryan.Lessman@jacksonlewis.com
Jessica.Reed-Baum@jacksonlewis.com

Attorney for Defendant

Phone: 303-297-8427
Fax: (303) 292-0522
*RGTorres99@aol.com*

Attorney for Plaintiff

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on the 12th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the parties and their counsel of record as registered thereon:

JACKSON LEWIS P.C.

Ryan P. Lessmann
Jessica S. Reed-Baum
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Ryan.Lessmann@jacksonlewis.com
Jessica.Reed- Baum@jacksonlewis.com

                                            __/s Deborah Elmore, paralegal_____